UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURWOOD-LEWIS PRICE,

       Plaintiff,

v.

Case Number 14-14481
Honorable David M. Lawson

ANDY DILLON, JOHN E. NIXON, CATHY
M. GARRETT, and RUTH JOHNSON,

       Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTIONS FOR PROTECTIVE ORDER, TO COMPEL APPEARANCE OF WITNESS, FOR *IN CAMERA* REVIEW, AND TO FILE EXHIBITS UNDER SEAL

On February 7, 2019, the plaintiff filed three motions for various relief and a motion to file exhibits under seal. The plaintiff requests that the Court enter a protective order to preserve the confidentiality of certain sensitive information and compel the attendance of two witnesses at the *in camera* review of certain "withheld documents" and "sealed exhibits" that he separately seeks. The Court entered an opinion and order dismissing the plaintiff's complaint under 28 U.S.C. § 1915(g) on January 30, 2015. Because this case is closed, there is no information to protect and no reason to compel the appearances of any witnesses. The Court similarly is not persuaded that the plaintiff is entitled to *in camera* review based on the grounds presented. The plaintiff also has not identified a compelling reason to file his exhibits under seal. *See Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016) (cautioning that "[o]nly the most compelling reasons can justify non-disclosure of judicial records.") (citation omitted). The plaintiff's motions therefore will be denied.

Accordingly, it is **ORDERED** that the plaintiff's motions for protective order (ECF No. 24), to compel appearance of witness (ECF No. 25), for *in camera* review (ECF No. 26), and to

file exhibits under seal (ECF No. 27) are **DENIED**. If the plaintiff chooses to file the exhibits, he must appropriately redact personally identifiable information in accordance with the e-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, and Federal Rule of Civil Procedure 5.2.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Date: February 15, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 15, 2019.

s/Susan K. Pinkowski  
SUSAN K. PINKOWSKI

---